**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LUIS RODRIGUEZ,

    Plaintiff,

v.                                          CASE NO: 8:15-cv-1527-T-26TBM

DBH AIR CORPORATION,

    Defendant.
_____/

**O R D E R**

    **UPON DUE AND CAREFUL CONSIDERATION** of the well-pleaded allegations of the Plaintiff's complaint, which this Court must accept as true at this early juncture of the proceedings, the Defendant's Amended Motion to Dismiss Complaint, and the Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint, it is ordered and adjudged that the Defendant's Motion to Dismiss Complaint (Dkt. 7) is denied. In the Court's view, the Plaintiff has more than adequately alleged a plausible claim for relief above the speculative level for retaliatory discharge under the Fair Labors Standards Act. See O'Donnell v. America at Home Health Care & Nursing Serv., Ltd., 2013 WL 1686972, at *3 (N.D. Ill. 2013). The Defendant shall file its answer and defenses to the Plaintiff's complaint within fourteen (14) days of this order.

    **DONE AND ORDERED** at Tampa, Florida, on July 28, 2015.

                                                s/*Richard A. Lazzara*
                                               **RICHARD A. LAZZARA**
                                               **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record