**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LUIS RODRIGUEZ,

    Plaintiff,

v.                                                                            CASE NO.  8:15-cv-1527-T-26TBM

DBH AIR CORPORATION,

    Defendant.

_____/

**O R D E R**

Pending for Resolution before the Court is the Defendant's Motion to Compel Discovery, which the Plaintiff opposes and has yet to respond.  However, after reviewing the motion, it is clear to the Court that the Plaintiff has, as alleged by the Defendant, failed to answer in a complete manner the three interrogatories at issue.  Consequently, the Court needs no response from the Plaintiff.  Accordingly, it is **ORDERED AND ADJUDGED** that the Defendant's Motion to Compel Discovery (Dkt. 16) is **granted.**  The Plaintiff shall provide complete answers to the three interrogatories at issue within **fourteen (14) days** of the entry of this order.

Counsel are put on notice that this Court looks with extreme disfavor on discovery disputes which are capable of being resolved by counsel without this Court's intervention, as was the case here. Any future disputes of this nature will result in sanctions being imposed on the offending attorney.

**DONE AND ORDERED** at Tampa, Florida, on November 12, 2015.

                                                  s/*Richard A. Lazzara*
                                                  **RICHARD A. LAZZARA**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record